```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

TRAVELERS INDEMNITY COMPANY,    :
      Plaintiff,                :
                                :
      v.                        :    CASE NO. 3:12CV1793(RNC)
                                :
EXCALIBUR REINSURANCE           :
CORPORATION,                    :
      Defendant.                :
```

ORDER

The court has ordered defendant to post $824,591.79 in pre-pleading security no later than March 27, 2014.  (Doc. #68 at 7.) Upon receipt of the funds, pursuant to 28 U.S.C. § 2041, Fed. R. Civ. P. 67 and L. Civ. R. 67(b), the Clerk of the Court is directed to:

1.  Invest the entirety of the **$824,591.79** into a Court Registry Investment System interest-bearing account, and

2.  Deduct from the income on the investment a fee equal to ten percent of the income earned whenever such income becomes available for deduction in the investment so held and without further order from the Court.

A party or the parties may seek a release of the funds at the appropriate time as set forth in Local Rule 67(c).  "Funds cannot be released from the registry account of the Court without a Court order."  L. Civ. R. 67(c).

SO ORDERED at Hartford, Connecticut this 27th day of March, 2014.

```
                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge
```